1  CHRISTOPHER J. CANNON, State Bar No. 88034
   Sugarman & Cannon
2  44 Montgomery Street
   Suite 2080
3  San Francisco, CA 94104
   Telephone: 415-362-6252
4  Facsimile: 415-677-9445

5  Attorney for David Quintana

6
7                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA
9                        SAN FRANCISCO DIVISION

10 | KRISTAL L. SMITH, Individually, and in    | Case No. C-06-6103 WHA
11 | her capacity as Trustee of the Smith Trust |
   | dated May 31, 2002,                        |
12 |                                            |
   |          Plaintiff,                        |
13 |                                            |
14 |     v.                                     |
15 | UNITED STATES OF AMERICA;                  |
   | DAVID L. LOPEZ-QUINTANA; and               |
16 | NORTH AMERICAN TITLE                       |
   | COMPANY,                                   | STIPULATION AND [PROPOSED]
17 |                                            | ORDER TO CONTINUE
   |          Defendants.                       | SETTLEMENT CONFERENCE
18 |--------------------------------------------|
19 | DAVID L. LOPEZ-QUINTANA,                   |
20 |          Counterclaimant,                  |
21 |     v.                                     |
22 | KRISTAL L. SMITH, Individually, and in     |
23 | her capacity as Trustee of the Smith Trust |
   | dated May 31, 2002,                        |
24 |                                            |
   |          Counterdefendant.                 |
25

26
27      BECAUSE of scheduling conflicts of counsel for Defendant and Counterclaimant,
28 David L. Lopez-Quintana, IT IS HERBY AGREED THAT:

1  the settlement conference, scheduled for Thursday, July 12, 2007, before the Magistrate
2  Edward M. Chen, is continued to Friday, September 21, 2007, at 9:30 a.m.
3  Settlement Conference statements shall be lodged by hard copy only with Judge Chen's
4  chambers by September 7, 2007.

   IT IS SO STIPULATED.

7  DATED: 7/11/07                             /s/
8                                       Christopher J. Cannon

11 DATED: July 11, 2007
                                        Emily Kingston

14 DATED: July 11, 2007
                                        Cynthia Stier

17     SO ORDERED.

20 DATED:  July 26, 2007
21                                      Magistrate Edward M. Chen

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE     2
Case No. C-06-6103 WHA