WENDY ABKIN (State Bar No. 121286)
E-Mail:     *wabkin@sideman.com*
EMILY J. KINGSTON (State Bar No. 184752)
E-Mail:     *ekingston@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for Kristal L. Smith

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTAL L. SMITH, Individually, and in her capacity as Trustee of the Smith Trust dated May 31, 2002,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA; and DAVID L. LOPEZ-QUINTANA,<br><br>          Defendants. | CASE NO. C-06-6103 WHA (EMC) |
| DAVID L. LOPEZ-QUINTANA,<br><br>          Counterclaimant,<br><br>     v.<br><br>KRISTAL L. SMITH, Individually, and in her capacity as Trustee of the Smith Trust dated May 31, 2002,<br><br>          Counterdefendant. | **PARTIES' STIPULATION REGARDING DISTRIBUTION OF EXCESS PROCEEDS AND TO DISMISS ACTION WITH PREJUDICE AND [Proposed] ORDER** |

IT IE HEREBY STIPULATED AND AGREED, by and between the Plaintiff and Counterdefendant, Kristal L. Smith, Individually, and in her capacity as Trustee of the Smith Trust dated May 31, 2002, ("Ms. Smith"), the Defendant, the United States of America, for itself and on behalf of the Internal Revenue Service (the "United States"), and the Defendant and

7439\412553v1
Stip. re: Distribution of Excess Proceeds and
Dismissal and [Proposed] Order
Case No. C-06-6103 WHA (EMC)

Counterclaimant, David L. Lopez-Quintana ("Mr. Quintana"), by and through the signatures of their respective counsel as set forth below, as follows:

1. This was an action pursuant to 26 U.S.C. § 7426(a)(3) to determine the proper distribution of excess net sales proceeds totaling $380,388.91 ("Excess Proceeds"), arising out of the sale on May 30, 2006, of a parcel of real property located at 1620 Germano Way, Pleasanton, California (the "Property").  The parties to this action claimed competing interests in the Excess Proceeds.

2. On February 23, 2007, pursuant to the stipulation of the parties, the amount of $383,698.27, comprised of the Excess Proceeds of $380,388.91, and accrued interest thereon of $3,309.36, (the "Deposit"), was deposited by the parties with the Clerk of the Court for the Northern District of California (the "Clerk").

3. Pursuant to the stipulation of the parties and 28 U.S.C. § 2041, the Deposit of $383,698.27, was to be thereafter deposited by the Clerk with the Treasurer of the United States, or a designated depository, in an account maintained in the name and to the credit of the United States District Court for the Northern District of California, San Francisco Division, and to be maintained in said account pending a resolution of the parties' competing interests therein.

4. The parties have resolved their competing claims in and to the Excess Proceeds and the accrued interest thereon.

5. Pursuant to the Agreement of the parties, the Clerk shall distribute from the Deposit to Ms. Smith the amount of $110,309.36 (comprised of principal in the amount of $107,000, plus interest totaling $3,309.36 accrued on the Excess Proceeds prior to the date of deposit with the Clerk on or about February 23, 2007), plus any and all interest accrued on the total Deposit of $383,698.27, from and after the date of deposit with the Clerk on or about February 23, 2007.

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

6. Pursuant to the Agreement of the parties, the Clerk shall distribute from the Deposit to the United States the amount of $273,388.91, which amount will be applied by the United States to the outstanding unpaid Federal tax liabilities of Mr. Quintana.

7. Upon completion of the distributions provided for in paragraphs 5 and 6, above, this action shall be dismissed with prejudice, with each side to bear its own fees and costs.

8. Any and all counterclaims in this matter shall be dismissed with prejudice upon the transfer by Ms. Smith to Mr. Quintana of the items listed in Exhibit A attached hereto, with each side to bear its own fees and costs.

IT IS SO STIPULATED AND AGREED.

SIDEMAN & BANCROFT LLP

DATED: November 19, 2007      By: */s/ Emily J. Kingston*
EMILY J. KINGSTON
Attorneys for Krystal L. Smith

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

DATED: November 19, 2007      By: */s/ Cynthia Stier*
CYNTHIA STIER
Assistant U.S. Attorney, Tax Division
Attorneys for the United States of America

SUGARMAN & CANNON

DATED: November 15, 2007      By: */s/ Christopher Cannon*
CHRISTOPHER CANNON
Attorneys for David L. Lopez-Quintana

**ORDER**

**PURSUANT TO THE AGREEMENT AND STIPULATION OF THE PARTIES**, as set forth above,

7439\412553v1
Stip. re: Distribution of Excess Proceeds and
Dismissal and [Proposed] Order
No. C-06-6103 WHA (EMC)

3

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

**IT IS HEREBY ORDERED,**

a. That the Clerk shall cause to be distributed from the Deposit to Ms. Smith the amount of $110,309.36 (comprised of principal in the amount of $107,000, plus interest totaling $3,309.36 accrued on the Excess Proceeds prior to the date of deposit with the Clerk on or about February 23, 2007), plus any and all interest accrued on the total Deposit of $383,698.27, from and after the date of deposit with the Clerk on or about February 23, 2007.

b. That the Clerk shall cause to be distributed from the Deposit to the United States the amount of $273,388.91, which amount will be applied by the United States to the outstanding unpaid Federal tax liabilities of Mr. Quintana.

c. That upon completion of the distributions by the Clerk as set forth above, this action shall be dismissed with prejudice, with each side to bear its own fees and costs.

d. That any and all counterclaims in this action shall be dismissed with prejudice upon the transfer by Ms. Smith to Mr. Quintana of the items listed in Exhibit A attached hereto, with each side to bear its own fees and costs.

IT IS SO ORDERED.

Date: November 20, 2007

THE HONORABLE WILLIAM H. ALSUP
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

7439\412553v1
Stip. re: Distribution of Excess Proceeds and
Dismissal and [Proposed] Order
No. C-06-6103 WHA (EMC)

4